# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>            Plaintiff,<br><br>     v.<br><br>D. BRUNK, et al.,<br><br>            Defendants. | Case No. 1:22-cv-00405 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PAYMENT OF THE FILING FEE<br><br>(Docs. 7, 9) |

Marvin Harris seeks to hold Defendants D. Brunk, Hampson, Figueroa, and John Doe liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. (Doc. 1.) On May 6, 2022, Plaintiff filed a motion to proceed *in forma pauperis* in the action. (Doc. 7.)

The assigned magistrate judge found Plaintiff had at least three cases dismissed that qualified as a strike under Ninth Circuit authority before filing this action on April 8, 2022. (Doc. 9 at 5-6.) Therefore, the magistrate judge found Plaintiff is subject to the three strikes bar under 28 U.S.C. § 1915(g). (*Id.*) In addition, the magistrate judge found the complaint did not contain any plausible allegations that would satisfy the "imminent danger of serious physical injury" exception to Section 1915(g), even when liberally construed. (*Id.* at 6.) Therefore, the magistrate judge recommended Plaintiff's motion to proceed IFP be denied. (*Id.*)

The Court served the Findings and Recommendations on Plaintiff. It also notified Plaintiff that any objections to the findings and recommendations were due within fourteen days. (Doc. 9

at 6-7.) The Court also advised Plaintiff "that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 7, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff has not filed objections, and the time to do so has expired.

Pursuant to t 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 19, 2022 (Doc. 9) are **ADOPTED** in full.
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 7) is **DENIED**.
3. Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full the $402.00 filing fee if he wishes to proceed with his action.
4. <u>Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice</u>.

IT IS SO ORDERED.

Dated:   **October 7, 2022**

UNITED STATES DISTRICT JUDGE

2